Morrie ZIMRING, et al.,
Plaintiffs/Appellants,

v.

John REUBEN, Defendant/Respondent.

No. 59121.

Missouri Court of Appeals,
Eastern District,
Division One.

July 16, 1991.

Milton L. Schwartz, St. Louis, for plaintiffs-appellants.

Scott L. Meyer, St. Louis, for defendant-respondent.

### ORDER

PER CURIAM.

In this judge-tried case for rent on a commercial property, plaintiffs appeal from an adverse judgment.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).